UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            -v.-                    :     **INFORMATION**
                                    :
JOSHUA STREIT,                      :     22 Cr.
    a/k/a "Josh Brody,"             :
                                    :     **22 CRIM 350**
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

**COUNT ONE**
**(Computer Fraud – Unauthorized Access to Obtain Information from a Protected Computer)**

The United States Attorney charges:

1.  From at least in or about 2017 through at least in or about July 2021, in the Southern District of New York and elsewhere, JOSHUA STREIT, a/k/a, "Josh Brody," the defendant, intentionally accessed and attempted to access computers without authorization and exceeded authorized access, and thereby obtained information from protected computers, for purposes of commercial advantage and private financial gain, and the value of the information exceeded $5,000, to wit, STREIT obtained unauthorized access to the online accounts of users of a website belonging to Major League Baseball ("MLB") and used such access to conduct

illegal streaming of sporting events that he sold to others for a profit.

(Title 18, United States Code,
Sections 1030(a)(2), (c)(2)(B)(i), (c)(2)(B)(iii), and 2.)

FORFEITURE ALLEGATION

2.  As a result of committing the offense alleged in Count One of this Information, JOSHUA STREIT, a/k/a, "Josh Brody," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Section, Section 1030(i), any and all property, real or personal, constituting or derived from, any proceeds obtained directly or indirectly, as a result of said offense, and any and all personal property that was used or intended to be used to commit or to facilitate the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 1030;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSHUA STREIT,
a/k/a "Josh Brody,"

Defendant.

### INFORMATION

22 Cr. ___

(18 U.S.C. §§ 1030(a)(2), (c)(2)(B)(i), (c)(2)(B)(iii), and 2.)

DAMIAN WILLIAMS
United States Attorney.