USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-29-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                               **ORDER**
                                               22-CR-350 (ALC)

      -against-

Joshua Streit,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

      The sentencing scheduled for October 13, 2022 is adjourned to **January 12, 2023** at **2:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       September 29, 2022

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **UNITED STATES DISTRICT JUDGE**