**MEMO ENDORSED**

LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/22

December 20, 2022

**BY ECF**
Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States v. Streit**, 22 CR 350 (ALC)

Dear Judge Carter:

I am writing on behalf of defendant Joshua Streit to respectfully request a 30-day adjournment of the defendant's January 12, 2023 sentencing. This time will permit me to secure additional documentation concerning the defendant's medical conditions, as noted in the PSR received yesterday from the Department of Probation, which I anticipate will feature prominently in Mr. Streit's sentencing submission, as relevant pursuant to 18 U.S.C. § 3553(a). The government, by AUSA Dina McLeod, has no objection to this application and both the defendant and the government are available, should the Court's calendar permit such, on February 10, 13 and 14, 2023 for the rescheduled hearing.

Thank you for the Court's consideration on this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc:   All counsel (by ECF)

The application is **GRANTED**. The sentencing is adjourned to 2/14/23 at 2 p.m.
So Ordered.

Andrew L. Carter
12/20/22