**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/23

LAW OFFICES OF
**JEFFREY LICHTMAN**
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

January 23, 2023

**BY ECF**
Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States v. Streit**, 22 CR 350 (ALC)

Dear Judge Carter:

    I am writing on behalf of defendant Joshua Streit to respectfully request a final 30-day adjournment of the defendant's February 14, 2023 sentencing. The reason for this request is that I am still waiting on documentation concerning the defendant's medical conditions which I anticipate will feature prominently in Mr. Streit's sentencing submission, as relevant pursuant to 18 U.S.C. § 3553(a). The government, by AUSA Dina McLeod, has no objection to this application.

    Thank you for the Court's consideration on this application; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

*Jeffrey Einhorn*

cc: All counsel (by ECF)

The application is **GRANTED**. The sentencing is adjourned to 3/16/23 at 12 p.m.
So Ordered.

*Andrew L. Carter*
1/25/23