March 10, 2023
Glen Sebastian Guirre
494 Col Playa Grande
Puerto Vallarta, Jalisco, MX

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Dear Honorable Judge Carter,

Hello,

My name is Glen Sebastian Guirre and I am from Mexico. I apologize for my English, your understanding is appreciated. I am the owner of a horse ranch in Puerto Vallarta, Mexico with my 85 year old mother Pamela. I have known Josh since late 2019. We met when he was a rider at my horse ranch. I heard of his legal issues in New York and I was very sorry to hear of them. In speaking to Josh I asked if there was anything I could do to help and he asked if I could provide a letter about his personal attributes.

In late 2019 when I first met Josh it was when he was a rider at our horse ranch. He rode our beloved Casper. I remember him sharing with me that he had recently lost his mother and he was looking for a way to reconnect with her. I remember him saying that his mom loved horses and that she would have liked the name Casper.

At the time we were doing very badly financially. My mother was in bad health too and I was working two jobs and running the horse ranch. The horse ranch was started by my mom in 1990 and I wasn't able to just let it go because she was too old to run it like she used to. At its best we were doing thirty riders a day. When Josh was riding he was one of only 10 appointment for the month.

Josh came back for a second ride a few days later and again rode Casper. He asked me if I know of a good place for steak that was quiet and secluded. I told him that I made amazing steak and that he was welcome to stay for dinner if he wanted to. He did stay for the evening and we talked for hours and he met my mom. I offered to drive him home that night because it was late and impossible to get a taxi on our part of town that late at night. When he was exiting the car he said that he was going to fix the horse ranch in the morning.

He showed up the next morning and he was already on Casper at 8AM. My employees thought that this guy was crazy because he saddled his own horse in his American skinny jeans but authentic cowboy boots and charro hat but he doesn't know a single phrase of Spanish. He told me he was going for a ride and that when he was back we'd talk. He brought Casper back six hours later and had grown a tan. He said it was time to talk business.

I had to explain to Josh that we were struggling pretty bad and that we might have to sell some horses and part of the land to a developer in order to stay open. After all this was the truth. My mom's health was also declining, and in Mexico it is hard for geriatric care plus to afford it is very expensive. Josh laid out a plan for the ranch, including a new website and picture and online reservation system. Before I could tell him I could not afford to pay for those things he then asked how much it would cost to have my mother seen by the specialists. Then he asked how much it would cost to keep everything running until he could have these things done. I did not realize it immediately but Josh was offering to do all these things and pay for all these things. I asked him what he wanted in return and he said that he just wanted to help.

He got to work immediately and a few weeks later we had a new website. He hired a photographer and photography drone and sent it to the ranch. He was also programming our own booking system that fit our specific needs. Everything was supposed to be going great. But then there was the pandemic which was pretty bad if you're in a tourist town in Mexico. Again we were faced with another trouble right during our expected high season in March of 2020. Josh helped again and we were able to keep things going despite having an extremely limited number of riders.

With Josh's help I was able to get my mom the care she needed. She also made it through the pandemic and so did the horse ranch. I am now working on it full time and our numbers are up from 12 bookings a month to 85 on average. The only thing that Josh has ever asked for in return was to get the stray dog around that lived somewhere in town adopted and to buy the very pretty horse that the neighbors have. He really loved the neighbor horse.

I did not know what happened when Josh was arrested he just stopped replying. I really thought he died. It was only when his fiance contacted me that she explained what happened. I was sad and surprised. The person that did not ask for anything when doing so much for our horse ranch had done something like was written in the news. I could not believe what I was reading. That was not the Josh I knew.

I have of course spoken with Josh regularly since he was released from jail. The first time we spoke on the phone in January of 2022 he said how sorry he was to disappoint everyone and that he didn't mean to hurt anyone. There was a sound in his voice that I don't know how to describe

of sorrow and repentance. Josh to me was someone who was very naive and treated everyone as if they were family and would never do anything wrong. I had to once explain to him that the cartel was bad and he was unable to understand that. It was confusing to me that he didn't understand it but Josh is confused himself sometimes.



To this day Josh only received a business card with his name on it and he does the online daily work along with his fiance who took over when Josh was unavailable. He refuse to accept any kind of payment for his time or volunteering to build our website and booking system. I estimate that he has saved me 100,000$ and is the reason why our business is sustainable. We have won many awards that I can not say we would have won if it was not for Josh (and Sarah too.)

Josh is sometimes odd and he is very strange but in a way of a young boy of not understanding the world around him. I do not believe that he would intentionally hurt anyone or do anything to try to hurt anything. What Josh fails to know are remarkable acts of kindness are just another day for him. What he has done for my business and my employees is something that I can't say just anyone would do. What he has done for my mom is something that we are indebted to him for but he will never collect. Josh refuses any way of accepting thank you for these things because that is who he is. I do not expect that I will be the only person to tell such a story.

I hope this example can help the court understand Josh's true character.

Thank you for your time.

March 14 2023
Dennis Born
2680 Lexington Ave N.
St. Paul, MN 55113

Hon. Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Street

Dear Honorable Judge Carter,

I am Dennis Born, Grandfather to Josh. Josh told me about his computer charges and his unfortunate choises. He and I have had some lengthy talks about actions and consequences. Initially I don't believe he saw his actions as being as severe as they are. I am sure that is not the case today.
I have told him that when he has his day in court that whatever happens could have been avoided had he stopped to think long and hard. We are
 past that part now and he should prepare himself for news he may not like.

Despite what is facing him, Josh is not without some redeeming qualities. He has always been generous with his time. At least to me. In the family he
is the first person I call on when I have a need. A ride to drop off my car. Sure. An extra pair of hands for a Saturday project. Yes. How about a very early
ride to MSP AIRPORT? What time? has always been the answer. No hemming or hawing. Just, what time?

All of the above were for me and just required some time. The thing that doesn't involve me and the thing I won't forget were his actions during the time his mother was in hospice car with terminal cancer. While I visited often and at various times the day or evenings, I never once arrived without finding Josh occuping "his" chair in her room. The nurses told me was always there. Early morning until well after dark. Further, he had acquired a list of medications and times for them to be administered. He would question them as to what they were going to be giving her.

In closing, I know Josh knows now how serious his actions were. He also knows he isn't going to get a do over, but I am sure, when all of this over, he will never be a party to a do it again.


sincerely


DENNIS BORN



Itamar Rogel
Co-Founder & CPO
Affogata
75 Coleridge st., San Francisco, CA 94110
itamar@affogata.com / 415-748-6683

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Josh Streit

Honorable Judge Carter,

My name is Itamar Rogel and I am the co-founder of Affogata, Josh Streit's current employer. Josh has been working for Affogata since June of 2022. His current title is Staff Software Architect. I was made aware of Josh's legal predicament prior to his hiring.

Affogata started over a decade ago as a data analysis tool for Twitter. After a pivot in the late 2010s, it is now an artificial intelligence-driven user feedback analysis platform. We analyze user feedback and turn this important data into actionable insights that help grow businesses. We face a lot of formidable, challenging technical problems involving data.

I have known of Josh's reputation in the software community for a number of years. However, this has been my first opportunity to work directly with him. His reputation in the industry is very positive. He is well-regarded as an honest, kind, and hardworking colleague and contributor who seeks to better the people, software, and businesses around him. He is an active contributor to the open-source community: a community where he develops software and releases it with a license that grants users the rights to use, study, change, and distribute his original work and its source code for any purpose at no cost. His works alone, according to community-tracked statistics, have over 245,000 uses.

When Josh and I had an initial phone call during his interview process, he disclosed his charges and status in the Southern District of New York. This was a first for me, and was not something I expected to hear from Josh of all people. It was a very shocking thing to hear. I could tell he was embarrassed and remorseful about the situation as he explained what had transpired.

Nonetheless, I decided to hire Josh as a Senior Software Engineer. His role would be to develop software and mentor junior engineers. However, after a month on the job, he was promoted to a role we had to create just because of his immediate impact on the company: Staff Software Architect, a role that would include (but not be limited to) setting technical direction, mentorship, and engineering. He currently sets the technical direction for a team of 12 and is well-liked by his direct reports for his charisma and charm.

One of the things that I respect most about Josh is his honesty. He will always tell someone exactly how it is. I believe he has an honesty problem but not in the traditional sense. Instead, sometimes he is too honest with people, though it is never with any negative connotations. Because we are a global company with many different cultures, this sometimes leads to misunderstandings, but they are easily resolved and better relationships are formed because of it.

Another thing I have tremendous respect for Josh is his ability to find optimizations. In his first few months on the job, he found ways to save the company over $600,000 annually. This was something outside of the scope of his role, but he is always wearing multiple hats. This turned out to be extremely important to Affogata as a company, as the ensuing economic downturn that would occur in late 2022 would take a massive hit on our industry as a whole. We have made two rounds of layoffs, going from a company of over 50 employees to a company of around 30 in just a year. I genuinely do not know what would have happened to my company had he not found these savings.



I hope this provides a comprehensive picture of Josh as a person. Besides being an enormous asset to our company, he is continuously selfless and modest and is one of the most humble people I have ever had a chance to know. Please contact me with any additional questions.

Yours,

Itamar Rogel
Co-Founder, Affogata