UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JOSHUA STREIT,<br><br>Defendant, | 22-CR-00350-ALC<br><br>ORDER CHANGING DEFENDANT'S SURRENDER DATE |

**Defendant's Motion to Change his Surrender Date** having been brought before the Court, and for good cause shown, it is hereby:

**ORDERED** that Defendant Joshua Streit's surrender date be changed from July 17, 2023 to October 23, 2023.

_____

**Hon. Andrew L. Carter Jr.**
United States District Judge, SDNY