USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/12/23__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 22-CR-00350-ALC |
| Plaintiff | ORDER CHANGING DEFENDANT'S SURRENDER DATE |
| v. | |
| JOSHUA STREIT, | |
| Defendant, | |

**Defendant's Motion to Change his Surrender Date** having been brought before the Court, and for good cause shown, it is hereby:

**ORDERED** that Defendant Joshua Streit's surrender date be changed from July 17, 2023 to October 23, 2023.

_____  7/12/23

**Hon. Andrew L. Carter Jr.**
United States District Judge, SDNY