**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>JOSHUA STREIT<br><br>　　　　　　　　　　　Defendant. | 21-CR-00350-ALC<br><br>**[PROPOSED] ORDER EXTENDING DATE OF SURRENDER FOR MEDICAL PURPOSES** |

**Defendant's Motion to Change his Surrender Date** having been brought before the Court, and for good cause shown, it is hereby:

**ORDERED** that Defendant Joshua Streit's surrender date be changed from October 23, 2023, to _____.

_____

**Hon. Andrew L. Carter Jr.**
United States District Judge, SDNY