

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2023

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Joshua Streit, 22 Cr. 350 (ALC)

Dear Judge Carter:

    The Government respectfully requests the opportunity to respond to the defendant's motion to indefinitely extend his surrender date. (*See* Dkt. No. 40). The Government proposes filing its opposition by October 27, 2023. Because the defendant's surrender date is this coming Monday, October 23, 2023, the Government has no objection to the Court adjourning the defendant's surrender date until November 3, 2023, to allow the parties to fully brief the motion and the Court to review the submissions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   *Dina McLeod*
    Dina McLeod
    Assistant United States Attorney
    (212) 637-1040

cc: Counsel of record (by ECF)