```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC#:
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED: 4-10-24
------------------------------- x
                                :
UNITED STATES OF AMERICA        :
                                :    FINAL ORDER OF FORFEITURE
        - v. -                  :
                                :    22 Cr. 350 (ALC)
JOSHUA STREIT,                  :
                                :
                Defendant.      :
                                :
------------------------------- x
```

WHEREAS, on or about July 5, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 19), which, *inter alia*, ordered the forfeiture to the United States of all right, title and interest of JOSHUA STREIT (the "Defendant") in the following property:

a. 1 Western Digital 4TB Hard Drive WCC7K0FFL56R;
b. 1 Synology OS 1621XS+2110RVR32GYQQ;
c. 1 Western Digital 4TB Hard Drive WCC4ESPAFEE9;
d. 1 Google Pixel in Incipio Case;
e. 1 Black Samsung 16GB Tablet model SMT560NU;
f. 1 Black Asus Nexus in brown hard case;
g. 1 MicroCenter USB 3SB 32 GB flash drive;
h. 1 Seagate 1000 GB Hard Drive S4YOJG9;
i. 1 Google Pixel;
j. 1 Dark blue and Silver Samsung Galaxy S3 Hex#990002135678932;
k. 1 Black Apple iPhone;
l. 1 Black and Grey Google Pixel;
m. 1 Black and Grey Samsung Galaxy S5 Phone Hex:99000450720336;
n. 1 White Samsung Galaxy S5 Phone Hex:99000447814B77;
o. 1 Lexar 4GB SD Card;
p. 1 Apple Macbook Pro C02K55SZFFT0;
q. 1 HP Protectsmart;
r. 1 Apple Macbook Pro C028G4PMD6M;
s. 1 Apple Macbook Pro C02ZJ4NFMD6N;
t. 1 Apple Macbook Pro C17J2B1NDTY3;
u. 1 Apple Macbook Pro C02X6KAUJG5J;
v. 1 Apple Macbook Pro C02NK69CFD57;
w. 1 Samsung 205 GB SSD 840 Evo;

|     |     |
| --- | --- |
| x.  | 1 Black Transcend 4GB USB Hard Drive; |
| y.  | 1 Lacie 1 TB External Hard Drive NL6G34NR; |
| z.  | 1 Apple iPhone in blue case with cord; |
| aa. | 1 Apple Macbook Model A2337 with cord containing Ser No: C0FC10YQ72X; |
| bb. | 1 Apple Macbook Model A2141 with cord containing Ser No: C02DC6Z0MD6T; |
| cc. | 1 Apple iPad with cord containing Ser No: GG7GC373Q16T; |
| dd. | 1 San disk 128 GB USB Drive; |
| ee. | 1 Samsung 500 GB Drive containing unique identifier S3Z1NB1KB18918A; |
| ff. | 1 Samsung 500 GB Drive containing unique identifier S2RAHXAN37916; |
| gg. | 1 Samsung 250 GB Drive containing unique identifier S1DBNSBFA38047K; |
| hh. | 1 Seagate 1TB drive containing unique identifier S4Y08FR4; and |
| ii. | Miscellaneous Computer Drives, consisting of 3 USB Drives, 4 Hard Drives, and 1 SD card |

(a. through ii., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 9, 2023, for thirty (30) consecutive days, through December 8, 2023 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 26, 2024 (D.E. 43);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant, is only individual and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
~~January~~ *10*, 2024
*April*

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER JR
UNITED STATES DISTRICT JUDGE