UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

      v.

JOSHUA STREIT,

                Judgment Debtor,
    and

THE VANGUARD GROUP, INC.,

                Third-Party Respondent.

No. 22 CR 350 (ALC)

**NOTICE OF MOTION**
**FOR TURNOVER ORDER**

PLEASE TAKE NOTICE that the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, with notice to the judgment debtor, Joshua Streit, moves before the Honorable Andrew L. Carter, Jr., United States District Judge, United States Courthouse, 40 Foley Square, New York, New York, pursuant to 18 U.S.C. §§ 3613, 3664(m), Federal Rule of Civil Procedure 69(a)(1), and N.Y. CPLR § 5225(b), upon the accompanying declaration and memorandum of law, to enter a turnover order directing The Vanguard Group, Inc. to liquidate securities as needed to submit the full liquidated value of the judgment debtor's nonexempt funds to the Clerk of Court in partial satisfaction of the judgment.

Date:     September 19, 2025
          New York, New York

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney

        By:    */s/ Melissa A. Childs*
             MELISSA A. CHILDS
             Assistant United States Attorney
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Tel.: (212) 637-2711

E-mail: melissa.childs@usdoj.gov

TO:    JOSHUA STREIT                THE VANGUARDGROUP, INC.
        Register No 71690-509        Attn: Office of the General Counsel - M35
        300 South 4th St., Ste. 1210      100 Vanguard Boulevard
        Minneapolis, MN  55415         Malvern, PA 19355
                                          *Third-Party Respondent*

**USA Notice of Motion – Page 2**