UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Judgment Creditor,<br><br>  v.<br><br>JOSHUA STREIT,<br><br>       Judgment Debtor,<br> and<br><br>THE VANGUARD GROUP, INC.,<br><br>       Third-Party Respondent. | 22 CR 350 (ALC)<br><br>**<u>TURNOVER ORDER</u>** |

  WHEREAS the Court entered judgment against JOSHUA STREIT on March 16, 2023, and ordered him to pay $2,995,272.64 in restitution, which remains unpaid;

  WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, a lien arose on all of property and rights to property of Streit notwithstanding any other federal law, and the United States may use any federal or state procedure to enforce the judgment;

  WHEREAS, pursuant to 18 U.S.C. §§ 3613, 3664(m), Federal Rule of Civil Procedure 69(a)(1) and N.Y. CPLR § 5222, the United States issued and served a restraining notice on third-party respondent The Vanguard Group, Inc. ("Vanguard") for substantial nonexempt property belonging or due to Streit;

  WHEREAS Vanguard answered that it holds approximately, $64,606, subject to market fluctuation, in account number ending in 5861 for Streit;

  WHEREAS the United States served the judgment debtor with the restraining notice, including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613(a), and its motion for turnover order;

**Turnover Order – Page 1**

WHEREAS Streit has a substantial nonexempt interest in the property held by Vanguard, to which the criminal judgment lien has attached, and therefore the property is subject to turnover;

IT IS HEREBY ORDERED that Vanguard shall liquidate securities as needed to submit the full liquidated value of Streit's nonexempt funds to the Clerk of Court toward his outstanding restitution debt. *See* 18 U.S.C. § 3613; *United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006).

Payments should be made by cashier's check or certified funds to "Clerk of Court" with "No. 22 CR 350" written on the face of each payment and mailed to:

> United States District Court
> 500 Pearl Street, Room 120
> New York, New York 10007
> Attn: Cashier

Dated: New York, New York
       _____, 2025

_____
UNITED STATES DISTRICT JUDGE