USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/28/26

PROB 22
(Rev. 11/23)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
22-CR-00350-1 (ALC)

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Joshua Brody Streit<br>Eagan, Minnesota | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE<br>U.S. District Judge Andrew L. Carter, Jr. | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/17/2025 | TO<br>10/16/2028 |

OFFENSE

Computer Fraud Through Unauthorized Access to Obtain Information From a Protected Computer, in violation of 18 U.S.C. § 1030(a)(2), (c)(2)(B)(i), (c)(2)(B)(iii), Class D Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Streit has established residence and prosocial ties in the District of Minnesota.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/28/26
*Date*

[signature]
*United States District Judge*

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Joshua Brody Streit's supervision from the Southern District of New York to the District of Minnesota, the sealed records of the Court in the above-styled matter relating to Joshua Brody Streit are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Minnesota and to the Probation Department in that district.**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*